STATE OF HAWAII, BY SHIRO KASHIWA, ITS ATTORNEY GENERAL (FORMERLY TERRITORY OF HAWAII, BY EDWARD N. SYLVA, ITS ATTORNEY GENERAL) *v.* GEORGE M. CONEY; GERTRUDE FLORENCE CONEY; MARTHA M. CONEY; WILLIAM A. CONEY; CLARISSA P. C. GERDES; SCHUMAN CARRIAGE COMPANY, LIMITED.

No. 4197.

July 26, 1962.

Tsukiyama, C.J., Wirtz, J., Circuit Judge Tashiro in Place of Cassidy, J., Disqualified, Circuit Judge Monden in Place of Lewis, J., Disqualified, and Circuit Judge King in Place of Mizuha, J., Disqualified.

*Per Curiam.* The defendants-appellants and the plaintiff-appellee have filed separate petitions for rehearing in the above-entitled cause.

The contentions set forth in the respective petitions have been carefully examined and considered. The court finds that the points presented are not new, having been fully briefed and argued by counsel and considered by this court in its decision.

The petitions are therefore denied.

*D. N. Ingman* for defendants-appellants' petition.

*Robert K. Richardson* (*Shiro Kashiwa,* Attorney General) for plaintiff-appellee's petition.